In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00306-CV
_____

JAMES B. DAVIS, Appellant

V.

MARILYN BRYAN, Appellee

_____

On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 15-11-11701-CV
_____

**MEMORANDUM OPINION**

On August 15, 2018, we notified the parties that the notice of appeal did not appear to have been timely filed. The appellant, James B. Davis, did not file a response.

The trial court signed the judgment on March 7, 2018. By filing a motion for new trial within thirty days of the date of the judgment, Davis extended the time for perfecting his appeal to June 5, 2018. *See* Tex. R. App. P. 26.1(a)(1). Davis filed a notice of appeal on August 10, 2018, but by that date his notice was untimely and

outside the period for which we may extend the applicable appellate deadline. *See* Tex. R. App. P. 26.1(a)(1), 26.3. Accordingly, the appeal is dismissed for lack of jurisdiction.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on September 26, 2018
Opinion Delivered September 27, 2018

Before McKeithen, C.J., Kreger and Johnson, JJ.